IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:20-cv-00103 MDL No. 2570 |

This Documents Relates to Plaintiff(s):
LLOYD MARTIN

Civil Case No. 1:20-cv-00103

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Lloyd Martin and files this motion to substitute his surviving sister, Kandy Hale, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Lloyd Martin filed the present action in the United States District Court of the Southern District of Indiana on January 10, 2020.

2. Plaintiff Lloyd Martin died on or about July 26, 2022

3. On February 21, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 26505. Plaintiff's counsel recently learned of the death of Lloyd Martin after contacting his sister

4. Kandy Hale, surviving sister of Lloyd Martin, is the proper party plaintiff to substitute for Plaintiff-decedent Lloyd Martin and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for

substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Kandy Hale, as the personal representative of the Estate of Lloyd Martin, deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically Kandy Hale, as personal representatives of the Estate of Lloyd Martin, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Lloyd Martin is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Kandy Hale as the personal representative of the Estate of Lloyd Martin, deceased, as Party Plaintiff for Lloyd Martin; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:20-cv-00103 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Date: February 21, 2025

                                                          Johnson Law Group

                                                          /s/Basil Adham_____
                                                          Basil E. Adham, TX Bar No. 2408172
                                                          2925 Richmond Avenue, Suite 1700

Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: IVC@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/Basil Adham